# IN THE SUPREME COURT OF THE STATE OF NEVADA

KATHRYN REYNOLDS; AND NORMAN GARAND,

Appellants,

vs.

NATIONAL DEFAULT SERVICING CORPORATION, AN ARIZONA CORPORATION; GREGORY WILDE, A NEVADA ATTORNEY; AND CINDY LEE STOCK, A NEVADA ATTORNEY,

Respondents.

No. 70260

FILED

MAY 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, we are unable to discern whether this court has jurisdiction to consider the instant appeal because appellants fail to identify any appealable order. Moreover, it appears from the district court docket entries and minutes that the case has been removed to the federal court. Accordingly, it appears that no final judgment has been entered. A notice of appeal filed before entry of a final written judgment is premature and of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. Elliott A. Sattler, District Judge
Kathryn Reynolds
Norman Garand
Malcolm Cisneros
Tiffany & Bosco, P. A.
Washoe District Court Clerk